1  RICK D. ROSKELLEY, ESQ., Bar # 3192
   DUSTIN L. CLARK, ESQ., Bar #10548
2  AITHYNI K. RUCKER, ESQ., Bar # 10210
   LITTLER MENDELSON, P.C.
3  3960 Howard Hughes Parkway
   Suite 300
4  Las Vegas, NV  89169-5937
   Telephone:    702.862.8800
5  Fax No.:    702.862.8811

6  Attorneys for Defendant

7                   UNITED STATES DISTRICT COURT

8                        DISTRICT OF NEVADA

9

10 ANGELA GRATO,

11              Plaintiff,              Case No. 3:10-cv-00622-ECR-WGC

12 vs.                                  **STIPULATION AND ORDER FOR**
                                        **DISMISSAL WITH PREJUDICE**
13 HARLEY-DAVIDSON FINANCIAL
   SERVICES, INC. LONG TERM                 ORDER GRANTING
14 DISABILITY PLAN,

15              Defendant.

16

17        IT IS HEREBY STIPULATED AND AGREED that the above-captioned matter be

18 dismissed with prejudice, with each party to bear her or its own costs and attorney's fees.

19 DATED: February 28, 2012            DATED: February 29, 2012

20

21 MARC S. WHITEHEAD, ESQ.             RICK D. ROSKELLEY, ESQ., Bar # 3192
   MARC WHITEHEAD & ASSOCIATES         DUSTIN L. CLARK, ESQ., Bar #10548
22 HAL TAYLOR, ESQ., Bar #4399         AITHYNI K. RUCKER, ESQ.. Bar # 10210
   HAL TAYLOR ATTORNEY AT LAW          LITTLER MENDELSON, P.C.
23 Attorneys for Plaintiff             Attorneys for Defendant

24

25                                     IT IS SO ORDERED.

26                                     Edward C. Reed.

27                                     UNITED STATES DISTRICT JUDGE

28                                     DATED:    March 1, 2012

LITTLER MENDELSON, P.C.
Attorneys at Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

Firmwide:109247401.1 057170.1005